```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 21078
  BONNIE FANIECE HOLLOWAY
  ANTHONY PAUL HOLLOWAY                       CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
         Debtor
  SSN XXX-XX-0099    SSN XXX-XX-4238

-------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/09/07 .

    2.  The case was dismissed without confirmation, 12/07/2007.

-------------------------------------------------------------------------
CREDITOR NAME               CLASS        CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
-------------------------------------------------------------------------

        Summary of disbursements:
-------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
-------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00         .00        .00         .00
PRINCIPAL PAID           .00         .00         .00        .00         .00
INTEREST PAID            .00         .00         .00        .00         .00
TOTAL PAID               .00         .00         .00        .00         .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $    .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




            Dated: 03/11/08              /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 21078 BONNIE FANIECE HOLLOWAY & ANTHONY PAUL HOLLOWAY
```